UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MYESHA T. MCGEE
Plaintiff(s),

Case No. 24-11049

v. STATE OF MICHIGAN

Judge HONORABLE F. K. B.

Magistrate Judge

Defendant(s).

FILED
JUN 12 2024
CLERK'S OFFICE
DETROIT

## NOTICE OF APPEAL

Notice is hereby given that **MYESHA MCGEE** [Name of Party] appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☑ Order

☐ Other: _____

entered in this action on **MAY 14, 2024** [Date].

Date: **JUNE 12, 2024**

Signature: [signed]

Counsel is: **PRO SE** [CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Bar No.

Street Address: **28444 PARKWOOD ST.**

City, State, Zip Code: **INKSTER MI 48141**

Telephone Number: **(248) 587-6000**

Primary Email Address: **MSMARCJR@YAHOO.COM**

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.